**Fill in this information to identify the case:**

Debtor name    **Starworks, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>September 27, 2019</u>          X <u>/s/ James Grant</u>
                                                  Signature of individual signing on behalf of debtor

                                                  **James Grant**
                                                  Printed name

                                                  **Chief Executive Officer**
                                                  Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Starworks, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ _____112,173.23

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ _____112,173.23

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____3,053,753.45

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ _____19,149.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____8,787,522.29

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b

   $ _____11,860,424.74

**Fill in this information to identify the case:**

Debtor name   **Starworks, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **Checking** | **6768** | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Petty cash box consist of $61.36,  322.10 Euros, and 104.47 GB.** | **Undetermined** |

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **5 Crosby Street Inc. - security deposit** | $2,779.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 8.1. | **Syndicate 2623/623 at Hoyd's & AFB Media Tech & Professional Liability for the period 3/19/2019-3/19/2020** | | $6,374.59 |

| 9. | **Total of Part 2.** | $9,153.59 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **362,961.08** | - | **271,503.77** = .... | **$91,457.31** |
| | | face amount | | doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | **601,245.58** | - | **590,309.28** =.... | **$10,936.30** |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | $102,393.61 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Starworks London, Ltd. (pending insolvency proceeding)** | **100** % | **Undetermined** |
| 15.2. | **Starworks Artist, LLC** | **70** %    **Expert** | **Undetermined** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Starworks, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | See attached schedule | **$0.00** | | **$0.00** |
| | See attached schedule | **Undetermined** | | **Undetermined** |
| 40. | **Office fixtures** | | | |
| | See attached schedule | **Undetermined** | | **Undetermined** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | See attached schedule | **Undetermined** | | **Undetermined** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Starworks, LLC**                                                      Case number *(If known)* _____
_____
Name

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **LA office at 4525 Wilshire Blvd., Los Angeles, CA.  Lease is from 9/1/2018 to 8/31/2026 with option to extend for 7 years.** | **Lease** | **Undetermined** | | **Undetermined** |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** **Trademark on "Starworks"** | **Undetermined** | | **Undetermined** |
| **61.    Internet domain names and websites** **www.starworksgroup.com; www.swa-agency.com** | **Undetermined** | | **Undetermined** |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations** **Customer lists; press lists.** | **Undetermined** | | **Undetermined** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Insurance claim with Continental Casualty Co. (Claim OLA 4333)**

| Nature of claim | **Employee Dishonesty Policy** | | **Undetermined** |
|---|---|---|---|
| Amount requested | **$205,000.00** | | |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Inthesomeday LLC v. Starworks, LLC, No. 651009/2019 (NY Supr Ct. 2019)**

| Nature of claim | **Counterclaims: Tortious interference, conversion, unjush enrichment, replevin** | **Undetermined** |
|---|---|---|
| Amount requested | **$675,000.00** | |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,

Debtor    **Starworks, LLC**
_____    Case number *(If known)* _____
Name

country club membership

**Soho House Membership (quarterly)** _____    $626.03

---

78.    **Total of Part 11.**    | $626.03 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Starworks, LLC**                                                    Case number *(If known)* _____
         Name

<table>
<tr><td colspan="2">Part 12:</td><td colspan="3">Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,153.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $102,393.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $626.03 | |
| 91. **Total.** Add lines 80 through 90 for each column | $112,173.23 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $112,173.23 |

**Schedule A/B - Part 7; Question 38, 39, 40, and 41**

| Description | Cost | | Depreciation | | Net Book Value | Valuation Method | Current Value of Debtor's Interest |
|---|---|---|---|---|---|---|---|
| **Furniture** | | | | | | | |
| Kitchen Table IKEA 3/16/2018 | $ | 226.46 | $ | 41.24 | $ | 185.22 | Cost |
| Fully, Inc. - Standing Office Desk 10/31/2018 | $ | 455.00 | $ | 47.70 | $ | 407.30 | Cost |
| Poppin Inc. - Conference Table 11/13/2018 | $ | 1,739.82 | $ | 172.17 | $ | 1,567.65 | Cost |
| Amazon 4 Desk Chairs LA Office 3/22/2019 | $ | 416.04 | $ | 21.67 | $ | 394.37 | Cost |
| West Elm 4 Desks for LA office 4/29/2019 | $ | 1,156.32 | $ | 48.18 | $ | 1,108.14 | Cost |
| 11 Single White Desks | unknown | | unknown | | unknown | | |
| 5: 2-Drawer Cabinets | unknown | | unknown | | unknown | | |
| One 25 by 6 feet module table- Vitra | unknown | | unknown | | unknown | | |
| 4 White Short Cabinets- 31 x 39 x 16 inches | unknown | | unknown | | unknown | | |
| 7 Clear Acrylic Chairs | unknown | | unknown | | unknown | | |
| 21 Office Chairs- assorted | unknown | | unknown | | unknown | | |
| 3 Section Glass Conference Table | unknown | | unknown | | unknown | | |
| 5 Trash Cans- Simply Human | unknown | | unknown | | unknown | | |
| 14 Small Desk Trash Cans | unknown | | unknown | | unknown | | |
| 5  Bookcases- 6 Ft | unknown | | unknown | | unknown | | |
| 4 White plastic chairs | unknown | | unknown | | unknown | | |
| 1 Receptionist table | unknown | | unknown | | unknown | | |
| 4 white high stools | unknown | | unknown | | unknown | | |
| | $ | 3,993.64 | $ | 330.96 | $ | 3,662.68 | |
| **Fixtures** | | | | | | | |
| Glass Door CEO Office 2/24/2017 | $ | 6,097.00 | $ | 1,531.51 | $ | 4,565.49 | Cost |
| Aspen Kincaid - Dividing / Living Wall 8/22/2018 | $ | 6,775.00 | $ | 701.18 | $ | 6,073.82 | Cost |
| Atlantis Glass - Installation of Glass Door for Conf Room 10/26/2018 | $ | 2,680.00 | $ | 226.94 | $ | 2,453.06 | Cost |
| SSC - Deposit for IT Build Out in LA Office 10/31/2018 | $ | 15,000.00 | $ | 1,250.00 | $ | 13,750.00 | Cost |
| First Impulse - IT Build Out in LA Office 12/20/2018 | $ | 33,146.60 | $ | 2,209.77 | $ | 30,936.83 | Cost |
| Stanley Security LA Office Instrusion System January 2019 | $ | 14,980.00 | $ | 873.83 | $ | 14,106.17 | Cost |
| | $ | 78,678.60 | $ | 6,793.23 | $ | 71,885.37 | |
| **Equipment** | | | | | | | |
| Aerohive AP 330 Internet Router 3/31/2013 | $ | 1,342.97 | $ | 1,231.06 | $ | 111.91 | Cost |
| Wireless Access Points for new LA Office 11/28/2018 | $ | 2,566.90 | $ | 275.03 | $ | 2,291.87 | Cost |
| Apple Ipad for LA office 1/9/2019 | $ | 1,098.91 | $ | 213.68 | $ | 885.23 | Cost |
| Macbook Air 5/20/2019 | $ | 1,087.66 | $ | 90.64 | $ | 997.02 | Cost |
| 1 Flat Screen TV (CEO Office) 2/14/2017 | $ | 1,306.49 | $ | 1,106.89 | $ | 199.60 | Cost |
| Dishwasher Home Depot 2/9/2018 | $ | 913.05 | $ | 180.71 | $ | 732.34 | Cost |

| | | | | | | |
|---|---|---|---|---|---|---|
| Best Buy - Dishwasher for LA Office 11/15/2018 | $ | 837.66 | $ | 82.89 | $ | 754.77 Cost |
| Assorted Kitchen Cutlery and Glassware | unknown | | unknown | | unknown | |
| Assorted Office Supplies | unknown | | unknown | | unknown | |
| 1 HP Officejet Pro 8710 Printer | unknown | | unknown | | unknown | |
| 1 Paper Shredder (FELLOWES 99CI) | unknown | | unknown | | unknown | |
| 10 iMac desktops that are over 7 years old or are inoperable | unknown | | unknown | | unknown | |
| 6 iMac desktops that are between 4 to 7 years old | unknown | | unknown | | unknown | |
| 2 Flat Screen TVs | unknown | | unknown | | unknown | |
| 2 Windows desktops that are over 5 yers old | unknown | | unknown | | unknown | |
| 1 Macbook pro (2016) | unknown | | unknown | | unknown | |
| 1 Microwave oven | unknown | | unknown | | unknown | |
| | $ | 9,153.64 | $ | 3,180.90 | $ | 5,972.74 |

**Equipment Leased**

Xerox Copier (Model XC550) SN XPN399472 – NY Office
Xerox Copier (Model 7556) – NY Office
Xerox Copier (Model 7545) – LA Office
Windows Server 20123L -- Smart Star DS4600 – NY Office
Pitney Bowes Small Office Series Postage Printer
SkyWater Ice Water / Water Cooler

**Fill in this information to identify the case:**

Debtor name      **Starworks, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Chrome Capital LLC** | | $63,154.00 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres. or Gen Counsel
720 Goodlette-Frank Rd. #400
Naples, FL 34102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**All accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, now or hereafter owned or acquired by Debtor.**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

| 2.2 | **Chrome Capital LLC (Bridge)** | | $61,030.76 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres. or Gen Counsel
720 Goodlette-Frank Rd. #400
Naples, FL 34102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**6/6/2019**

**Describe debtor's property that is subject to a lien**

**Accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, now or hereafter owned or acquired by Debtor, all proceeds, funds at any time in the Debtor's account, and any amount which may be due.**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Starworks, LLC** | | Case number (if know) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| --- | --- |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

---

| 2.3 | **Fox Capital Group, Inc.** | Describe debtor's property that is subject to a lien | $100,740.00 | Undetermined |
| --- | --- | --- | --- | --- |

Creditor's Name

**All accounts, chattel paper, documents, equipment, general intangibles, instruments, and inventory, now or hereafter owned or acquired by Debtor, all proceeds, all funds, present and future electronic chck transactions, and any amount which**

**Attn: President or Gen Counsel**
**1125 N. Fairfax Ave, #46309**
**Los Angeles, CA 90046**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5/3/2019**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| --- | --- |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

---

| 2.4 | **Knight Capital Funding** | Describe debtor's property that is subject to a lien | $105,284.03 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Continuing security interest in and to all present and future accounts receivable, chattel paper, deposit accounts, personal property, assets and fixtures, general intagibles, instrument, equipment, inventory wherever located, and proceeds**

**9 E. Loockerman Street, Suite 202-543**
**Dover, DE 19901**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/10/2019**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| --- | --- |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

---

| 2.5 | **Next Wave Enterprises** | Describe debtor's property that is subject to a lien | $180,714.24 | Undetermined |
| --- | --- | --- | --- | --- |

| Debtor | **Starworks, LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| Creditor's Name | |
| **5757 Blue Lagoon Drive, Suite 170 Miami, FL 33126** | Specified percentage of future receivables and all personal property that relates to the specified percentage of future receivables |
| Creditor's mailing address | Describe the lien |
| | |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ☐ No |
| **1/22/2019** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| Last 4 digits of account number | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

| 2.6 | **Union Funding Source, Inc.** | Describe debtor's property that is subject to a lien | $211,237.50 | Undetermined |
|---|---|---|---|---|
| | Creditor's Name | **Future receipts** | | |
| | **Attn: President or Gen Counsel 780 Long Beach Blvd.** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | **3/29/2019** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ■ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | | ■ Disputed | | |

| 2.7 | **Vice Holding, Inc.** | Describe debtor's property that is subject to a lien | $2,116,912.92 | Undetermined |
|---|---|---|---|---|
| | Creditor's Name | **All assets of the Debtor whether now owned or hereafter arising from wherever located and all proceeds thereof pursuant to an Amended and Restated Term Note (Bridge Loan)** | | |
| | **Attn: Lucinda Treat 49 South 2nd Street Brooklyn, NY 11211** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ■ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | **8/31/2015** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

Debtor    **Starworks, LLC**
_____
Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **West Coast Business Capital LL** | Describe debtor's property that is subject to a lien | $214,680.00 | Undetermined |
|---|---|---|---|---|

Creditor's Name

**Attn: President or Gen Counsel**
**116 Nassau St, Suite 804**
**New York, NY 10038**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All accounts and all proceeds**

Describe the lien
_____

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/9/2019**
Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $3,053,753.45 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Starworks, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**NYC Dept of Finance (LLC Tax)**<br>**PO BOX 3923**<br>**Attn: Pres or Gen Counsel**<br>**New York, NY 10008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$19,149.00** | **Unknown** |
| | Date or dates debt was incurred<br>**1/1/2018** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**1 Model Management**<br>**Attn: Pres. or Gen Counsel**<br>**42 Bond Street, 2nd Floor**<br>**New York, NY 10012** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,635.00** |
| | Date(s) debt was incurred **February 2019**<br>Last 4 digits of account number ___ | Basis for the claim:  **Settlement**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**4525 Wilshire LLC**<br>**3600 Birch Street, #250**<br>**Attn: Pres or Gen Counsel**<br>**Newport Beach, CA 92660** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$156,599.91** |
| | Date(s) debt was incurred **4/29/2019**<br>Last 4 digits of account number ___ | Basis for the claim:  **Rent**<br>Is the claim subject to offset?  ☐ No  ■ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    26827                    Best Case Bankruptcy

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3**

**Nonpriority creditor's name and mailing address**
**5 Crosby Street**
**5 Crosby Street**
**Attn: Pres or Gen Counsel**
**New York, NY 10013**

Date(s) debt was incurred **3/1/2017**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rent**

Is the claim subject to offset? ☐ No ■ Yes

**$288,280.00**

---

**3.4**

**Nonpriority creditor's name and mailing address**
**Aleron Technology Group, LLC**
**8815 144th Street Apt. 2G**
**Attn: Kevin Singh**
**Jamaica, NY 11435**

Date(s) debt was incurred **5/20/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Computer Purchase-Mariko Mac**

Is the claim subject to offset? ■ No ☐ Yes

**$1,162.78**

---

**3.5**

**Nonpriority creditor's name and mailing address**
**Alex Goldstein**
**178 Ludlow Street**
**Apt. 2B**
**New York, NY 10002**

Date(s) debt was incurred **7/8/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Freelance Work**

Is the claim subject to offset? ■ No ☐ Yes

**$4,300.00**

---

**3.6**

**Nonpriority creditor's name and mailing address**
**American Express**
**C/o Zwicker & Associates**
**PO Box 9043**
**Andover, MA 01810-9043**

Date(s) debt was incurred **April 2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Settlement**

Is the claim subject to offset? ■ No ☐ Yes

**$97,533.18**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**AMEX (*1003)**
**PO Box 1270**
**Attn: Pres or Gen Counsel**
**Newark, NJ 07101**

Date(s) debt was incurred **2/1/2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$16,683.40**

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Anchor Worldwide**
**333 Hudson Street, Suite 201**
**Attn: Hunter Blakely**
**New York, NY 10013**

Date(s) debt was incurred **9/5/2018**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$28,763.03**

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Anna J. Domoslawska**
**37-15 72nd Street**
**Apt. 15**
**Jackson Heights, NY 11372**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,501.55**

**Anthem Life/Disability Insuran**
PO Box 182361
Attn: Pres or Gen Counsel
Worthington, OH 43085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2017**

**Basis for the claim:  Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,516.00**

**Art and Commerce**
531 West 25th Street 4th Floor
Attn: Pres or Gen Counsel
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Astrina, Inc**
55 Union Pl #200
Attn: Pres or Gen Counsel
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/2/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,338.80**

**Atelier Management**
529 S Broadway Suite 305
Attn: Pres or Gen Counsel
Los Angeles, CA 90013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$613.54**

**Avril Films**
72 rue Dulong
Attn: Pres or Gen Counsel
Paris, FR 75017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/2018**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,045.73**

**Baker Tilly Virchow Krause LLP**
1050 Crown Pointe Pkwy Ste 165
Attn: Jonathan Marks
Atlanta, GA 30338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/11/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468,056.57**

**Baume & Mercier**
50 chemin de la chenaie
1293 bellevue Attn Pres or GC
Geneva, Switzerland CP30

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2019**

**Basis for the claim:  Credit Owed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.88 |
|---|---|---|---|

**Bay Imaging, Inc.**
**1705 W University Dr Ste 108**
**Attn: Pres or Gen Counsel**
**McKinney, TX 75069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/4/2019

**Basis for the claim:**  Purchased Goods

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Bobb Barito**
**100 Maspeth Ave., Apt. 4A**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Services

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

**Bond Creative Search**
**134 Spring Street Suite 501**
**Attn: Pres or Gen Counsel**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  6/20/2016

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,224.00 |
|---|---|---|---|

**Borah, Goldstein, Altschuler**
**377 Broadway**
**Attn: Pres or Gen Counsel**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/5/2018

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,254.90 |
|---|---|---|---|

**Bryant Artists**
**156-158 Ludlow Street - Ste 5R**
**Attn: Pres or Gen Counsel**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/28/2019

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,772.25 |
|---|---|---|---|

**C&R Delaware Cut & Run Ltd.**
**599 Broadway 12th Floor**
**Attn: Pres or Gen Counsel**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/6/2017

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Cadence NY**
**77 Franklin Street Floor 2**
**Attn: Pres or Gen Counsel**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/21/2016

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Starworks, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,339.54** |
|---|---|---|
| Candice Roy<br>140 Dwight Place<br>Englewood, NJ 07631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/9/2017 | Basis for the claim:  **Employee Expense Reimbursement** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,376.00** |
|---|---|---|
| Cap Gun Collective, LLC<br>54 W Hubbard Street Ste 501<br>Attn: Pres or Gen Counsel<br>Chicago, IL 60654 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/18/2016 | Basis for the claim:  **Purchased Services** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$281.63** |
|---|---|---|
| CARR<br>PO Box 28330<br>Attn: Pres or Gen Counsel<br>New York, NY 10087 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  2/27/2019 | Basis for the claim:  **Purchased Services** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$329,331.76** |
|---|---|---|
| CFGI LLC<br>340 Madison Avenue<br>Att: Stephanie Cabral-Choudri<br>New York, NY 10173 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  9/30/2018 | Basis for the claim:  **Purchased Services** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133.25** |
|---|---|---|
| Christiano Morroi<br>10 Bleeker Street<br>Apt. 6D<br>New York, NY 10010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/23/2018 | Basis for the claim:  **Purchased Services** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$749.70** |
|---|---|---|
| CIT Direct Capital<br>155 Commerce Way<br>Attn: Pres or Gen Counsel<br>Portsmouth, NH 03801 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  9/14/2018 | Basis for the claim:  **Computer Lease** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|
| Cloutier Remix<br>8952 Ellis Avenue<br>Attn: Pres or Gen Counsel<br>Los Angeles, CA 90034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/7/2019 | Basis for the claim:  **Purchased Services** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,900.36** |
|---|---|---|---|

**CM Designs**
**Croyde Mirandon**
**Mainkai 18**
**60311 Frankfurt am Ma Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/2018**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,960.00** |
|---|---|---|---|

**Code Gray LLC**
**100 Paterson Plank Rd Ste 403**
**Attn: Pres or Gen Counsel**
**Jersey City, NJ 07307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2018**

Basis for the claim:  **Settlement**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$231,560.74** |
|---|---|---|---|

**ColleenFrost&ClassofLAInterns**
**C/o Outten&Golden/Rachel Bien**
**One California St, 12th Flr.**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15/2019**

Basis for the claim:  **Settlement**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Collins Nai**
**209 Lexington Ave. Ground Floo**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,011.90** |
|---|---|---|---|

**Currents**
**13 Rue David Chabas**
**Attn: Pres or Gen Counsel**
**40130 Capbreton, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2018**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Daniela Quiroz**
**185 Clifton Place**
**Apt. 4R**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2019**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660,000.00** |
|---|---|---|---|

**DG Premium Brands**
**761 Dock Street**
**Attn: Pres or Gen Counsel**
**Los Angeles, CA 90021**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  **7/25/2019**

Basis for the claim:  **Services Not Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|---|

**Dialect, NY, LLC**
**77 Franklin Street, Floor 2**
**Attn: Pres or Gen Counsel**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/14/2018

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,500.00 |
|---|---|---|---|

**DJN Entertainment, Inc.**
**1880 Century Park East, #950**
**Attn: Pres or Gen Counsel**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/18/2019

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**DNA**
**555 West 25th Street 6th Floor**
**Attn: Pres or Gen Counsel**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/10/2018

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,727.22 |
|---|---|---|---|

**Domino New York LLC**
**Attn: President or Gen Counsel**
**34 Ludlow Street Apt. 14**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,770.00 |
|---|---|---|---|

**Drinker Biddle & Reath LLP**
**105 College Road East Ste 300**
**Princeton, NJ 08542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/8/2018

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,100.00 |
|---|---|---|---|

**Duc Dubois**
**1220 East West Hwy Suite 1518**
**Attn: Pres or Gen Counsel**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/15

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304.85 |
|---|---|---|---|

**Duggal**
**Attn: President or Gen Counsel**
**63 Flushing Ave.**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
|---|---|---|---|

**Dungeon Beach**
**63 North Third Street**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/26/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**EMI Entertainment Word**
**Regions Bank 550 Metroplex Dr**
**Attn: Lockbox Department**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/2017**

**Basis for the claim:  Licensing**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$461.72** |
|---|---|---|---|

**Empire Dental**
**PO Box 202837**
**Attn: Pres or Gen Counsel**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/30/2017**

**Basis for the claim:  Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,764.15** |
|---|---|---|---|

**Empire HealthChoice**
**PO Box 11744**
**Attn: Pres or Gen Counsel**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2017**

**Basis for the claim:  Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Eric Mestman**
**614A Kosciuszko Street Apt. 2**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,721.11** |
|---|---|---|---|

**Exposure NY**
**100 Crosby Street Suite 407**
**Attn: Pres or Gen Counsel**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$439.88** |
|---|---|---|---|

**Express Connection**
**12021 Wilshire Blvd Suite 922**
**Attn: Pres or Gen Counsel**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,698.14 |
|---|---|---|---|

**Fashion GPS, Inc**
**22 West 27th Street 11th Floor**
**Attn: Pres or Gen Counsel**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2019**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,647.86 |
|---|---|---|---|

**FDZ Inc. SARL au capital de**
**42 rue de Maubeuge**
**Attn: Pres or Gen Counsel**
**PARIS, FR 75009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2018**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $643.35 |
|---|---|---|---|

**FedEx**
**PO Box 371461**
**Attn: Pres or Gen Counsel**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/16/2017**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,460.00 |
|---|---|---|---|

**FentonMoon Media Inc**
**207 East 63rd Street Suite 1W**
**Attn: Pres or Gen Counsel**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/17/2019**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**File Studios LLC**
**95 N 8th Street**
**Attn: Mitchell Lyne**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/19/2018**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,146.60 |
|---|---|---|---|

**First Impulse**
**18 Goodyear Suite 125**
**Attn: Justin Hoel**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/2018**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,194.99 |
|---|---|---|---|

**Francisco Fagan**
**10 Stuyvesant Oval 6F**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/26/2019**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Starworks, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.59** | Nonpriority creditor's name and mailing address

**Gavin Francis Thomas**
**139 Meserole Street**
**Brooklyn, NY 11206**

Date(s) debt was incurred  **3/9/2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,820.96**

---

**3.60** | Nonpriority creditor's name and mailing address

**Gloss**
**28 West 25th Street Fl 12**
**Attn: Pres or Gen Counsel**
**New York, NY 10010**

Date(s) debt was incurred  **7/23/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,195.00**

---

**3.61** | Nonpriority creditor's name and mailing address

**Goldfine & Company, CPA, PC**
**24604 Jericho Turnpike**
**Attn: Pres or Gen Counsel**
**Bellerose, NY 11001**

Date(s) debt was incurred  **3/12/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No  ■ Yes

**$26,050.00**

---

**3.62** | Nonpriority creditor's name and mailing address

**Green Line Digital**
**38 Pine Avenue**
**Attn: Pres or Gen Counsel**
**Madison, NJ 07940**

Date(s) debt was incurred  **10/1/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$41,712.02**

---

**3.63** | Nonpriority creditor's name and mailing address

**Greg Krelenstein**
**59 5th Avenue PH**
**New York, NY 10003**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bonus**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,946.00**

---

**3.64** | Nonpriority creditor's name and mailing address

**Guy Aroche**
**C/o Peter Murphy-ML Management**
**250 West 57th St., 26th Flr.**
**New York, NY 10107**

Date(s) debt was incurred  __

Last 4 digits of account number  **2017**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,193.90**

---

**3.65** | Nonpriority creditor's name and mailing address

**Hey Kyle LLC**
**16000 Ventura Blvd Suite 600**
**Attn: Pres or Gen Counsel**
**Encino, CA 91436-2748**

Date(s) debt was incurred  **6/27/2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,000.00 |
|---|---|---|---|

**Iana Consulting**
**458 Putnam Avenue**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/1/2018__

Basis for the claim:  __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Image Data Systems LTD - US $**
**20-24 Kirby Street**
**Attn: Pres or Gen Counsel**
**London EC1N 8TS, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/10/2017__

Basis for the claim:  __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**IMG Models, LLC**
**PH North,  304 Park Ave South**
**Attn: Pres or Gen Counsel**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/29/2019__

Basis for the claim:  __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**IMG UK LTD**
**97 Tottenham Court 3rd Fl Netw**
**Attn: Pres or Gen Counsel**
**London W1T 4TF, UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/30/2017__

Basis for the claim:  __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Immanuel Wilkins Music**
**Immanuel Wilkins**
**2300 5th Avenue, Apt. 9D**
**New York, NY 10037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/27/2018__

Basis for the claim:  __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,920.00 |
|---|---|---|---|

**Imperial Parking**
**1500 Duarte Road**
**Attn: Coralia Munoz**
**Duarte, CA 91010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/27/2019__

Basis for the claim:  __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,961.07 |
|---|---|---|---|

**Internal Revenue Service**
**Internal Revenue Service**
**Attn: Pres or Gen Counsel**
**Cincinnati, OH 45999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/9/2017__

Basis for the claim:  __Taxes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Starworks, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Internal Revenue Service**
**Bankruptcy Unit**
**290 Broadway - 5th Floor**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$271,541.88**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**INTHESOMEDAY**
**139 Meseorole Street**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11201-6000**

Date(s) debt was incurred  10/17/2018

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$40,185.96**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Irving Harvey LLC**
**Irving Harvey**
**368 Broadway #203**
**New York, NY 10013**

Date(s) debt was incurred  7/18/2019

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,250.00**

---

**3.76**

**Nonpriority creditor's name and mailing address**
**James Grant**
**463 Greenwich Street #1**
**New York, NY 10013**

Date(s) debt was incurred  6/17/2015

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Long term loan**

Is the claim subject to offset? ☐ No ■ Yes

**$126,545.44**

---

**3.77**

**Nonpriority creditor's name and mailing address**
**James Grant**
**463 Greenwich Street #1**
**New York, NY 10013**

Date(s) debt was incurred  6/17/2015

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Long term loan**

Is the claim subject to offset? ☐ No ■ Yes

**$19,689.35**

---

**3.78**

**Nonpriority creditor's name and mailing address**
**James Grant**
**463 Greenwich Street #1**
**New York, NY 10013**

Date(s) debt was incurred  5/2/2005

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Long term loan**

Is the claim subject to offset? ☐ No ■ Yes

**$291,314.54**

---

**3.79**

**Nonpriority creditor's name and mailing address**
**James Grant**
**463 Greenwich Street #1**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranteed Payments**

Is the claim subject to offset? ■ No ☐ Yes

**$95,416.67**

---

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00**

**Jenda Alcorn**
**1464 Morton Place**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/8/2019

Basis for the claim:  **Purchased Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Jessica Rothman**
**15 Stewart Place**
**Apt. 3B**
**White Plains, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/3/2019

Basis for the claim:  **Purchased Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,333.75**

**John Walcott Associates, Inc.**
**3859 Cardiff Avenue**
**Attn: Pres or Gen Counsel**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/9/2018

Basis for the claim:  **Purchased Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**

**JRW Entertainment**
**19829 Covello Street**
**Attn: Pres or Gen Counsel**
**Winnetka, CA 91306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/6/2016

Basis for the claim:  **Purchased Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Julian LaPlace**
**168 India Street**
**Apt. 10**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/15/2018

Basis for the claim:  **Purchased Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,501.00**

**Knowmore**
**111 Kent Avenue #5H**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/2017

Basis for the claim:  **Purchased Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00**

**L.A. Models**
**7700 Sunset Boulevard**
**Attn: Pres or Gen Counsel**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/20/2016

Basis for the claim:  **Purchased Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Starworks, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.87** | Nonpriority creditor's name and mailing address
**LCA Bank Corporation**
**PO Box 1650**
**Attn: Pres or Gen Counsel**
**Troy, MI 48099**

Date(s) debt was incurred  **6/5/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printer Lease**

Is the claim subject to offset? ☐ No  ☐ Yes

**$46,720.49**

---

**3.88** | Nonpriority creditor's name and mailing address
**Lisa Walker**
**16754 Ashley Oaks**
**Encino, CA 91436**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **SWA**

Is the claim subject to offset? ☐ No  ☐ Yes

**Undetermined**

---

**3.89** | Nonpriority creditor's name and mailing address
**LMC Worldwide LLC**
**295 Madison Avenue 12th Floor**
**Attn: Pres or Gen Counsel**
**New York, NY 10017**

Date(s) debt was incurred  **6/28/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$933.75**

---

**3.90** | Nonpriority creditor's name and mailing address
**Luca Werner**
**Maisacherstrabe 31**
**83356 Furstenfeldbruck**

Date(s) debt was incurred  **10/25/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,450.17**

---

**3.91** | Nonpriority creditor's name and mailing address
**Mader News, Inc**
**913 Ruberta Avenue**
**Attn: Pres or Gen Counsel**
**Glendale, CA 91201**

Date(s) debt was incurred  **1/1/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,248.95**

---

**3.92** | Nonpriority creditor's name and mailing address
**Man Repeller, LLC**
**181 Mott Street, Apt. 2**
**Attn: Pres or Gen Counsel**
**New York, NY 10012**

Date(s) debt was incurred  **11/15/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No  ☐ Yes

**$40,000.00**

---

**3.93** | Nonpriority creditor's name and mailing address
**Mark Noe**
**7 Queens Gardens**
**Glasgow 912 9DG**
**UK**

Date(s) debt was incurred  **4/30/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No  ■ Yes

**$19,150.20**

---

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,452.30** |
|---|---|---|---|

**Merrilee Hesterfer Diaz**
**20 Pettit Street**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/17/2019

Basis for the claim:  **Purchased Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,919.78** |
|---|---|---|---|

**Michael Page International Inc**
**622 3rd Avenue 29th Floor**
**Attn: Pres or Gen Counsel**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2019

Basis for the claim:  **Purchased Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,284.50** |
|---|---|---|---|

**Mitchell's**
**PO Box 8367**
**Attn: Pres or Gen Counsel**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/24/2017

Basis for the claim:  **Purchased Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Moyalaces, LLC**
**15706 Crenshaw Blvd.**
**Attn: Pres or Gen Counsel**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/7/2018

Basis for the claim:  **Purchased Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Nate Best Studios Inc.**
**418 Prospect Ave, Apt. 2R**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/22/2019

Basis for the claim:  **Purchased Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,321.58** |
|---|---|---|---|

**New York State Insurance Fund**
**Workers Comp PO Box 5262**
**Attn: Pres or Gen Counsel**
**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2/2016

Basis for the claim:  **Workers Compensation**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00** |
|---|---|---|---|

**Next Management LLC**
**8447 Wilshire Blvd. Penthouse**
**Attn: Pres or Gen Counsel**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/22/2017

Basis for the claim:  **Purchased Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,141.76 |
|---|---|---|---|

**Nice Creative Co.**
**Attn: Pres or Gen Counsel**
**5529 W. Washington Blvd.**
**Los Angeles, CA 90016**

Date(s) debt was incurred  5/7/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined** |
|---|---|---|---|

**Nicola Bidder**
**37 Warneford Street**
**London England E8 4NS**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,225.45 |
|---|---|---|---|

**NJJ Productions Inc.**
**c/o FFO 135 West 50th St Fl 19**
**Attn: Pres or Gen Counsel**
**New York, NY 10020**

Date(s) debt was incurred  6/1/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,551.79 |
|---|---|---|---|

**NYC Dept of Finance**
**Church St Station**
**Attn: Pres or Gen Counsel**
**New York, NY 10008**

Date(s) debt was incurred  4/30/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,048.50 |
|---|---|---|---|

**NYC Glass Works Corp**
**2201 Neptune Avenue**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11224**

Date(s) debt was incurred  2/24/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,956.88 |
|---|---|---|---|

**NYS Unemployment Insurance**
**PO Box 4301**
**Binghamton, NY 13902-4301**

Date(s) debt was incurred  5/22/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unemployment Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**Old World Imports, Inc.**
**44 Cocoanut Row Apt. A416**
**Attn: Pres or Gen Counsel**
**Palm Beach, FL 33480**

Date(s) debt was incurred  1/16/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Starworks, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.108**

**Nonpriority creditor's name and mailing address**
**One Destiny Prod, Inc dba CMD**
**37 West 37th Street, 12th Fl**
**Attn: Pres or Gen Counsel**
**New York, NY 10018**

Date(s) debt was incurred  **4/10/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,050.00**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**Owens Group**
**619 Palisade Avenue**
**Attn: Pres or Gen Counsel**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred  **3/23/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$6,449.22**

---

**3.110**

**Nonpriority creditor's name and mailing address**
**PageGroup**
**622 3rd Avenue, 29th Floor**
**Attn: Pres or Gen Counsel**
**New York, NY 10017**

Date(s) debt was incurred  **6/4/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$18,000.00**

---

**3.111**

**Nonpriority creditor's name and mailing address**
**Patrick Butler**
**1485 5th Ave., Apt# 15J**
**New York, NY 10035-2776**

Date(s) debt was incurred  __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☐ No ☐ Yes

**Undetermined**

---

**3.112**

**Nonpriority creditor's name and mailing address**
**Paul McFarlane**
**244 5th Avenue D213**
**New York, NY 10001**

Date(s) debt was incurred  **3/1/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$988.00**

---

**3.113**

**Nonpriority creditor's name and mailing address**
**Peter Hughes**
**Assembly London**
**99 Gold Street, Apt. 4N**
**Brooklyn, NY 11201**

Date(s) debt was incurred  __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **sublease security deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,000.00**

---

**3.114**

**Nonpriority creditor's name and mailing address**
**PG&Co Creative, Inc.**
**c/o DuVal Fields CPA Group, PA**
**428 Walnut Street**
**Green Cove Springs, FL 32043**

Date(s) debt was incurred  **6/15/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,500.00**

---

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,726.95** |
|---|---|---|---|

**Point Consultants**
**Gene Reich**
**368 Broadway Suite 303**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,975.00** |
|---|---|---|---|

**Presti & Naegele (7739)**
**225 West 35th Street 16th Fl**
**Attn: Pres or Gen Counsel**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2018**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$484,785.00** |
|---|---|---|---|

**Project X**
**PO Box 3486**
**Attn: Pres or Gen Counsel**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Pulse Films**
**Asleigh Lim**
**17 Hanbury Street**
**London E1 6QR UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2018**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$182.39** |
|---|---|---|---|

**R&R Swindle Ltd.**
**Unit 11 76 Eldon Street**
**Sheffield, England S1 4GT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/21/2019**

**Basis for the claim:  Purchased Goods**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,608.30** |
|---|---|---|---|

**Rebekah Keida**
**71 West Hubbard Street**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/5/2018**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,871.78** |
|---|---|---|---|

**Ring Central, Inc.**
**Dept. CH 19585**
**Attn: Pres or Gen Counsel**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/10/2019**

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00**

Robert Half International, Inc
PO Box 743295
Attn: Pres or Gen Counsel
Los Angeles, CA 90074-3295

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2/2018

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

Samer Fawaz
3801 Glenfeliz Blvd.
Los Angeles, CA 90039

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **SWA**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,374.68**

Schor Vogelzang LLP
600 B Street
Attn: Pres or Gen Counsel
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/6/2018

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

Scoosh, Inc.
200 Park Avenue South, 8th Fl
Attn: Ryan Hayes
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/31/2019

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,875.94**

Second Son Consulting, Inc.
18401 Burbank Blvd. #222
Attn: Pres or Gen Counsel
Tarzana, CA 91356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2018

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,500.00**

Sneeze LLC
604-1908 Scotia Street
Attn: Pres or Gen Counsel
Vancouver BC V5T 0E8

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2018

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00**

Sony Music Holdings, Inc.
25 Madison Avenue
Attn: Pres or Gen Counsel
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/13/2017

Basis for the claim:  **Licensing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,295.00** |
|---|---|---|---|

**Stanley Security**
**8350 Sunlight Drive Suite 200**
**Attn: Pres or Gen Counsel**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2019

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Undetermined** |
|---|---|---|---|

**Starworks Artists, LLC**
**4525 Wilshire Blvd #150**
**Los Angeles, CA 90010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,559.32** |
|---|---|---|---|

**Stephanie Choudri**
**1061 Adams Avenue**
**Franklin Square, NY 11010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/4/2019

**Basis for the claim:**  Expense Reimbursement

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,298.07** |
|---|---|---|---|

**Streeters**
**190 Bowery**
**Attn: Pres or Gen Counsel**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/19/2019

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$937.50** |
|---|---|---|---|

**Sullivan & Assoc Law Firm, PC**
**80 Maiden Lane Suite 1502**
**Attn: Pres or Gen Counsel**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/4/2019

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,673.38** |
|---|---|---|---|

**Sullivan & Worcester LLP**
**PO Box 842482**
**Attn: Pres or Gen Counsel**
**Boston, MA 02284-2482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/30/2018

**Basis for the claim:**  Purchased Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201,593.47** |
|---|---|---|---|

**Svetlana Vareljan**
**463 Greenwich Street #1**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2006

**Basis for the claim:**  Long term loan

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,416.67**

**Svetlana Vareljan**
**463 Greenwich Street #1**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Guaranteed payments**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,396.50**

**Taste Art NYC LLC**
**Attn: Pres or Gen Counsel**
**31 Washington St. #9**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/28/2017**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Undetermined**

**The Laundress**
**247 West 30th Street, 7th Fl**
**Attn: Lindsey Boyd**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Contract Dispute**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,614.00**

**The Wall Group**
**1801 W Olympic Blvd.**
**Attn: Pres or Gen Counsel**
**Pasadena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/25/2019**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,578.10**

**The Wall Group LA, LLC**
**38 West 21st Street, Fl 11**
**Attn: Pres or Gen Counsel**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/24/2019**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.08**

**TimePayment Corp.**
**PO Box 3069**
**Attn: Pres or Gen Counsel**
**Woburn, MA 01888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/5/2015**

Basis for the claim:  **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**TIPALTI INC**
**1810 Gateway Drive, Suite 260**
**Attn: Camy Anderson**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/29/2018**

Basis for the claim:  **Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address
**Tracey Mattingly**
**717 North Highland Avenue**
**Los Angeles, CA 90038**

Date(s) debt was incurred  **1/24/2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,735.00**

---

**3.144** | Nonpriority creditor's name and mailing address
**Trinet**
**One Park Ave South Suite 600**
**Attn: Pres or Gen Counsel**
**Dublin, CA 94568**

Date(s) debt was incurred  **7/15/2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$84,278.82**

---

**3.145** | Nonpriority creditor's name and mailing address
**Tyler Mitchell Studios**
**2858 Paces Lookout Lane SE**
**Attn: Pres or Gen Counsel**
**Atlanta, GA 30339**

Date(s) debt was incurred  **8/11/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.146** | Nonpriority creditor's name and mailing address
**United Talent Agency, LLC**
**9336 Civic Center Drive**
**Attn: Pres or Gen Counsel**
**Beverly Hills, CA 90210**

Date(s) debt was incurred  **2/6/2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$27,500.00**

---

**3.147** | Nonpriority creditor's name and mailing address
**Universal Studios Oper Group**
**PO Box 56257**
**Attn: Pres or Gen Counsel**
**Los Angeles, CA 90074-6257**

Date(s) debt was incurred  **1/1/2016**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$97,596.96**

---

**3.148** | Nonpriority creditor's name and mailing address
**Upgrade Services**
**Attn: President or Gen Counsel**
**65 West 36th St., 4th Floor**
**New York, NY 10018**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  ___

Is the claim subject to offset? ■ No ☐ Yes

**$596.64**

---

**3.149** | Nonpriority creditor's name and mailing address
**Velem, LLC**
**15 West 26th Street, 8th Floor**
**Attn: Pres or Gen Counsel**
**New York, NY 10010**

Date(s) debt was incurred  **6/4/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$14,375.00**

---

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.150** Nonpriority creditor's name and mailing address

**Vice Holding Inc**
**49 South 2nd Street**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11211**

Date(s) debt was incurred  **5/11/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee benefits**

Is the claim subject to offset? ■ No ☐ Yes

**$185,317.00**

---

**3.151** Nonpriority creditor's name and mailing address

**Vice Holding Inc**
**Cingari Settlement**
**49 South 2nd Street**
**Brooklyn, NY 11211**

Date(s) debt was incurred  **5/11/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Settlement**

Is the claim subject to offset? ■ No ☐ Yes

**$70,000.00**

---

**3.152** Nonpriority creditor's name and mailing address

**Vice Holding Inc -Marc Jacobs**
**49 South 2nd Street**
**Brooklyn, NY 11211**

Date(s) debt was incurred  **5/11/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$81,700.00**

---

**3.153** Nonpriority creditor's name and mailing address

**Vice Holding Inc-Audit**
**49 South 2nd Street**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11211**

Date(s) debt was incurred  **5/11/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$195,125.00**

---

**3.154** Nonpriority creditor's name and mailing address

**Vice Holding Inc-Diadora Camp**
**49 South 2nd Street**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11211**

Date(s) debt was incurred  **5/11/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchased Services**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.00**

---

**3.155** Nonpriority creditor's name and mailing address

**Vice Holding Inc-Expense Reim**
**49 South 2nd Street**
**Attn: Pres or Gen Counsel**
**Brooklyn, NY 11211**

Date(s) debt was incurred  **5/11/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$20,906.00**

---

**3.156** Nonpriority creditor's name and mailing address

**Vice Holding Inc.**
**Attn: Lucinda Treat**
**49 South 2nd Street**
**Brooklyn, NY 11211**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Certain 2019 payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$130,500.00**

---

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,347,721.88 |
|---|---|---|---|

**Vice Holding, Inc.**
**49 South 2nd Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __December 2016__

Basis for the claim: __Line of credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868,973.22 |
|---|---|---|---|

**Vice Holding, Inc.**
**49 South 2nd Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __December 2016__

Basis for the claim: __Promissory note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.00 |
|---|---|---|---|

**Vice Holding, Inc.**
**49 South 2nd Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/5/2019__

Basis for the claim: __Legal__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Vison Models**
**8631 Washington Blvd.**
**Attn: Pres or Gen Counsel**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/16/2018__

Basis for the claim: __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,464.40 |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**PO Box 6434**
**Attn: Pres or Gen Counsel**
**Carol Stream, IL 60197-6434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/2/2018__

Basis for the claim: __Printer Lease__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,449.24 |
|---|---|---|---|

**Windstream**
**PO Box 9001013**
**Attn: Pres or Gen Counsel**
**Carol Stream, IL 60197-6434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/1/2017__

Basis for the claim: __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,000.00 |
|---|---|---|---|

**WME IMG Ent c/o WME Ent**
**9601 Wilshire Boulevard**
**Attn: Pres or Gen Counsel**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/12/2018__

Basis for the claim: __Purchased Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Starworks, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.87 |
|---|---|---|---|

**XPO Logistics**
**29564 Network Place**
**Attn: Pres or Gen Counsel**
**Chicago, IL 60673-1564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/30/2019__

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |
|---|---|---|---|

**Zoe Bruns**
**15 West 11th Street**
**Apt. 5A**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/13/2019__

**Basis for the claim:  Purchased Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aaron Bryant Stewart & Cross**<br>**Attn: Nicole Vayo**<br>**3189 Princetown Rd. Suite 217**<br>**Hamilton, OH 45011** | Line  **3.61**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Anderson Sleater Sianni LLC**<br>**Attn: Jessica Sleater**<br>**1250 Broadway, 27th Floor**<br>**New York, NY 10001** | Line  **3.59**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Anderson Sleater Sianni LLC**<br>**Attn: Jessica Sleater**<br>**1250 Broadway, 27th Floor**<br>**New York, NY 10001** | Line  **3.102**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Anderson Sleater Sianni LLC**<br>**Attn: Jessica Sleater**<br>**1250 Broadway, 27th Floor**<br>**New York, NY 10001** | Line  **3.111**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Baranoff Law Firm PC**<br>**Attn: Adrienne Baranoff**<br>**641 Lexington Ave., 15th Flr**<br>**New York, NY 10022** | Line  **3.63**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Brown Neri Smith & Khan LLP**<br>**Attn: Ethan Brown**<br>**11601 Wilshire Blvd., Ste 2080**<br>**Los Angeles, CA 90025** | Line  **3.88**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Brown Neri Smith & Khan LLP**<br>**Attn: Ethan Brown**<br>**11601 Wilshire Blvd., Ste 2080**<br>**Los Angeles, CA 90025** | Line  **3.123**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Starworks, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Brown Neri Smith & Khan LLP**<br>**Attn: Ethan Brown**<br>**11601 Wilshire Blvd., Ste 2080**<br>**Los Angeles, CA 90025** | Line __3.130__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Drinker Biddle & Reath LLP**<br>**Attn: Marsha Indych**<br>**1177 Ave of the Americas,41 FL**<br>**New York, NY 10036-2714** | Line __3.37__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Heerde Blum LLP**<br>**Attn: Matthew Heerde**<br>**222 Broadway, 19th Flr**<br>**New York, NY 10038** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Law Office of Adam Kotok, PC**<br>**Attn: Adam Kotok**<br>**5701 Mosholu Ave., 2nd Flr**<br>**Riverdale, NY 10471** | Line __3.92__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Poler Legal LLC**<br>**Attn: Emily Poler**<br>**147 Prince Street**<br>**Brooklyn, NY 11201** | Line __3.74__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Roach & Murtha, P.C.**<br>**500 BiCounty Blvd., Suite 475**<br>**Attn: Time Murtha**<br>**Farmingdale, NY 11735** | Line __3.32__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Roach & Murtha, P.C.**<br>**500 BiCounty Blvd., Suite 475**<br>**Attn: Time Murtha**<br>**Farmingdale, NY 11735** | Line __3.144__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **The Volakos Law Firm PC**<br>**Attn: John Boulos**<br>**120 Bay Ridge Avenue**<br>**Brooklyn, NY 11220** | Line __3.19__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **TheWallGroup/Nathreen Weicher**<br>**700 N. San Vicente Blvd**<br>**Suite G600, 6th Floor**<br>**Los Angeles, CA 90069** | Line __3.139__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Walters & Walkers**<br>**Attn: Matthew Walters**<br>**20 Vesey St., Suite 700**<br>**New York, NY 10007** | Line __3.76__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Walters & Walkers**<br>**Attn: Matthew Walters**<br>**20 Vesey St., Suite 700**<br>**New York, NY 10007** | Line __3.77__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Walters & Walkers**<br>**Attn: Matthew Walters**<br>**20 Vesey St., Suite 700**<br>**New York, NY 10007** | Line __3.78__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **Starworks, LLC**

           Name

Case number (if known)

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 19,149.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 8,787,522.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,806,671.29 |

**Fill in this information to identify the case:**

Debtor name    **Starworks, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal                Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **LA office space lease** | |
| | State the term remaining | **Terminates on 8/31/2026** | **4525 Wilshire, LLC C/o West Capital Partners 2101 Rosecrans Ave., Ste. 3270 El Segundo, CA 90245** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Professional liability insurance policy.** | |
| | State the term remaining | **Terminates on 3/19/2020** | **Beazley Group Attn: Pres or Gen Counsel 333 West Wacker Drive Chicago, IL 60606** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract in which Debtor provides certain services relating to marketing, comminiations, and/or branding.** | |
| | State the term remaining | **Terminates on 1/31/2020** | **DG Premium Brands LLC 777 South Alameda St., Bldg 1 4th Floor Los Angeles, CA 90021** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract in which Debtor provides certain services relating to marketing, comminiations, and/or branding.** | |
| | State the term remaining | **Terminates until services are concluded and the Debtor has received all monies.** | **DSM i-Health, Inc. Attn: Pres. or Gen Counsel 55 Sebeth Drive Cromwell, CT 06416** |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Starworks, LLC**

First Name                     Middle Name                     Last Name                                    Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract    _____

---

**2.5.**  State what the contract or lease is for and the nature of the debtor's interest

**Water/ice machine**

State the term remaining    **Terminates on 4/24/2020**

List the contract number of any government contract    _____

**Sky Water**
**Attn: President or Gen Counsel**
**8747 20th Avenue**
**Brooklyn, NY 11214**

---

**2.6.**  State what the contract or lease is for and the nature of the debtor's interest

**Security system for LA office**

State the term remaining    **Terminates on or about 12/14/2019**

List the contract number of any government contract    _____

**Stanley Convergent Security Solutions**
**415 S. Lyon St.**
**Santa Ana, CA 92701**

---

**2.7.**  State what the contract or lease is for and the nature of the debtor's interest

**Contract in which Debtor provides certain services relating to marketing, comminiations, and/or branding.**

State the term remaining    **Terminates on ro about 12/31/2019**

List the contract number of any government contract    _____

**The Laundress, Inc.**
**Attn: Pres or Gen Counsel**
**247 West 30th St, 7F**
**New York, NY 10001**

---

**Fill in this information to identify the case:**

Debtor name    **Starworks, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Avadel, LLC** | **Attn: President or Gen. Counsel 5 Crosby Street, 6th Floor New York, NY 10013** | **Vice Holding, Inc.** | ■ D    **2.7** ☐ E/F _____ ☐ G _____ |
| 2.2 | **James Grant** | **463 Greenwich Street #1 New York, NY 10013** | **Vice Holding, Inc.** | ■ D    **2.7** ☐ E/F _____ ☐ G _____ |
| 2.3 | **James Grant** | **463 Greenwich Street #1 New York, NY 10013** | **Chrome Capital LLC** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 | **James Grant** | **463 Greenwich Street #1 New York, NY 10013** | **Knight Capital Funding** | ■ D    **2.4** ☐ E/F _____ ☐ G _____ |
| 2.5 | **James Grant** | **463 Greenwich Street #1 New York, NY 10013** | **Chrome Capital LLC (Bridge)** | ■ D    **2.2** ☐ E/F _____ ☐ G _____ |

Debtor    **Starworks, LLC** _____    Case number *(if known)* _____

▉  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **James Grant** <br> **463 Greenwich Street #1** <br> **New York, NY 10013** | **Next Wave Enterprises** | ■ D  **2.5** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.7 | **James Grant** <br> **463 Greenwich Street #1** <br> **New York, NY 10013** | **Fox Capital Group, Inc.** | ■ D  **2.3** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.8 | **James Grant** <br> **463 Greenwich Street #1** <br> **New York, NY 10013** | **Union Funding Source, Inc.** | ■ D  **2.6** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.9 | **James Grant** <br> **463 Greenwich Street #1** <br> **New York, NY 10013** | **West Coast Business Capital LL** | ■ D  **2.8** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.10 | **Starworks Artists LLC** <br> **Attn: President or Gen Counsel** <br> **4525 Wilshire Blvd #150** <br> **Los Angeles, CA 90010** | **Vice Holding, Inc.** | ■ D  **2.7** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.11 | **Starworks Artists LLC** <br> **Attn: President or Gen Counsel** <br> **4525 Wilshire Blvd #150** <br> **Los Angeles, CA 90010** | **Union Funding Source, Inc.** | ■ D  **2.6** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.12 | **Starworks Artists LLC** <br> **Attn: President or Gen Counsel** <br> **4525 Wilshire Blvd #150** <br> **Los Angeles, CA 90010** | **West Coast Business Capital LL** | ■ D  **2.8** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.13 | **Starworks London Limited, Ltd** <br> **Alexander Lawson Jacobs** <br> **1 Kings Avenue London N21 3NA** | **Vice Holding, Inc.** | ■ D  **2.7** <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | **Starworks, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Svetlana Vareljan** | **463 Greenwich Street #1**<br>**New York, NY 10013** | **Vice Holding, Inc.** | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Svetlana Vareljan** | **463 Greenwich Street #1**<br>**New York, NY 10013** | **Chrome Capital LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Svetlana Vareljan** | **463 Greenwich Street #1**<br>**New York, NY 10013** | **Chrome Capital LLC**<br>**(Bridge)** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |