# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re: §
§
STARWORKS, LLC § Case No. 19-13106
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/27/2019 . The undersigned trustee was appointed on 10/01/2019 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   1,005,777.07

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 25,987.22 |
| Bank service fees | 11,062.45 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 968,727.40 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/27/2020 and the deadline for filing governmental claims was 07/27/2020 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 53,423.31 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 53,423.31 , for a total compensation of $ 53,423.31 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2024           By:/s/Albert  Togut, Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 19-13106 | JLG | Judge: JAMES L. GARRITY | | Trustee Name: | Albert Togut, Trustee |
| Case Name: | STARWORKS, LLC | | | | Date Filed (f) or Converted (c): | 09/27/19 (f) |
| | | | | | 341(a) Meeting Date: | 10/30/19 |
| For Period Ending: 06/13/24 | | | | | Claims Bar Date: | 07/27/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RECOVERY OF ACCOUNT DEPOSIT | Unknown | 0.00 | | 34.81 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT - WELLS FARGO | 0.00 | 775.48 | | 775.48 | FA |
| 4. PETTY CASH BOX | 0.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSITS | 0.00 | 2,779.00 | | 0.00 | FA |
| 6. PREPAID PREMIUM | 6,374.59 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 102,393.61 | 0.00 | | 0.00 | FA |
| 8. STOCKS & INTERESTS - STARWORKS LONDON LTD. | 0.00 | 0.00 | | 0.00 | FA |
| 9. STOCKS & INTERESTS - STARWORKS ARTISTS, LLC. | Unknown | 150,000.00 | | 75,000.00 | FA |
| 10. OFFICE FURNITURE & EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 11. L.A. LEASE | Unknown | 0.00 | | 0.00 | FA |
| 12. INTELLECTUAL PROPERTY | Unknown | 0.00 | | 0.00 | FA |
| 13. INSURANCE CLAIM - EMPLOYEE THEFT | Unknown | 0.00 | | 78,159.93 | FA |
| 14. COUNTER CLAIM | Unknown | 0.00 | | 0.00 | FA |
| 15. CHAPTER 5 AFFIRMATIVE CLAIMS (u) | 50,000.00 | 50,000.00 | | 851,806.85 | FA |
| 16. SOHO HOUSE MEMBERSHIP | 626.03 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $159,394.23    $203,554.48    $1,005,777.07

Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ON SEPTEMBER 17, 2020, THE BANKRUPTCY COURT ENTERED AN ORDER [DKT. NO. 41] AND AUTHORIZED THE TRUSTEE TO SELL THE ESTATE'S INTEREST IN STARWORKS ARTISTS, LLC ("ARTIST") FOR $150,000 PAYABLE: $75,000 WHEN THE COURT'S ORDER BECAME FINAL, AND $75,000 IN ONE YEAR, IF THE GROSS RECEIPTS OF ARTISTS EQUALS OR EXCEEDED AN AGREED-UPON AMOUNT. THE TRUSTEE RECOVERED THE FIRST PAYMENT OF $75,000 FROM ARTIST ON OCTOBER 5, 2020. GROSS RECEIPTS OF ARTISTS DID NOT EQUAL OR EXCEED THE COURT-APPROVED THRESHHOLD NEEDED TO REQUIRE PAYMENT OF ANY ADDITIONAL SUMS FROM ARTISTS AND ARTISTS IS DEFUNCT. PURSUANT TO AN ORDER DATED JUNE 10, 2021, THE TRUSTEE COLLECTED $78,159.93 ON ACCOUNT OF A DISPUTED PRE-PETITION INSURANCE CLAIM THAT WAS ASSERTED BY THE DEBTOR. THE TRUSTEE AVOIDED AND RECOVERED A PREFERENTIAL TRANSFER FOR A RECOVERY OF $7,500 PURSUANT TO AN ORDER OF THE COURT DATED DECEMBER 27, 2021 [DKT. NO. 55]. ON SEPTEMBER 29. 2021, THE TRUSTEE COMMENCED ADV. PRO. NO. 21-01189 [JLG] AGAINST INSIDERS OF THE DEBTOR TO RECOVER DAMAGES ON ACCOUNT OF, AMONG OTHER THINGS, BREACH OF DUTY CLAIMS, BREACH OF CONTRACT CLAIMS AND AVOIDABLE TRANSFERS (THE "INSIDER ADVERSARY PROCEEDING"). PURSUANT TO AN ORDER DATED JANUARY 25, 2023, THE BANKRUPTCY COURT APPROVED THE TRUSTEE'S GLOBAL SETTLEMENT OF THE INSIDER ADVERSARY PROCEEDING PURSUANT TO WHICH HE HAS SO FAR COLLECTED $375,000 AND ELIMINATED MORE THAN $3 MILLION OF SECURED AND UNSECURED CLAIMS. THE DEBTOR'S FOUNDERS DEFAULTED ON THEIR SETTLEMENT PAYMENT OBLIGATION OF $450,000, WHICH WAS TO BE FUNDED BY A REFINANCING OF THEIR RESIDENTIAL COOPERATIVE APARTMENT. ON JULY 25, 2023, THE TRUSTEE OBTAINED ENTRY OF A JUDGMENT AGAINST THE FOUNDERS IN THE AMOUNT OF $450,000, PLUS INTEREST. ON SEPTEMBER 28, 2023, THE FOUNDERS ENTERED INTO A CONTRACT TO SELL THEIR RESIDENTIAL COOPERATIVE APARTMENT, WITH A CLOSING AND PAYMENT TO THE TRUSTEE ORIGINALLY SCHEDULED FOR NOVEMBER 15, 2023.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 19-13106    JLG    Judge: JAMES L. GARRITY | Trustee Name:    Albert Togut, Trustee |
| Case Name: | STARWORKS, LLC | Date Filed (f) or Converted (c):    09/27/19 (f) |
| | | 341(a) Meeting Date:    10/30/19 |
| | | Claims Bar Date:    07/27/20 |

THAT CLOSING OCCURRED ON JANUARY 12, 2024, AND THE TRUSTEE COLLECTED $469,306.85, REPRESENTING FULL PAYMENT OF THE JUDGMENT, PLUS ALL ACCRUED INTEREST. THE TRUSTEE'S OBJECTIONS TO PROOFS OF CLAIM FILED IN THIS CASE WERE GRANTED BY ORDERS THAT WERE ENTERED ON AUGUST 7, 2023. ALL CLAIM OBJECTIONS ARE COMPLETED AND THIS CASE IS READY TO BE CLOSED.

Initial Projected Date of Final Report (TFR): 12/31/21        Current Projected Date of Final Report (TFR): 05/10/24

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 19-13106 -JLG | | Trustee Name: | Albert Togut, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | STARWORKS, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0175  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6058 | | | |
| For Period Ending: | 06/13/24 | | Blanket Bond (per case limit): | $ 52,319,413.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/19 | 1 | SPECTRUM | RECOVERY OF ACCOUNT DEPOSIT | 1229-000 | 34.81 | | 34.81 |
| 11/21/19 | 3 | WELLS FARGO | TURNOVER OF DEBTOR'S BANK ACCOUNT | 1129-000 | 67.40 | | 102.21 |
| 11/21/19 | 3 | AUTOMATIC DATA PROCESSING | RECOVERY OF DEBTOR'S PAYROLL ACCOUNT | 1229-000 | 521.16 | | 623.37 |
| 11/21/19 | 3 | WELLS FARGO | TURNOVER OF DEBTOR'S BANK ACCOUNT BALANCE | 1129-000 | 186.92 | | 810.29 |
| 12/11/19 | 002001 | TRIAD Professional Services | WORK ORDER #78897 LIEN SEARCHES AND UCC COPIES FEES - INVOICE #156146 | 2990-000 | | 433.32 | 376.97 |
| 06/16/20 | 002002 | INTERNATIONAL SURETIES LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA  70139 | BOND #016030120 6/19/20-6/19/21 | 2300-000 | | 0.18 | 376.79 |
| 10/05/20 | 9 | SAMER FAWAZ AND LISA WALKER | PURCHASE AND SETTLEMENT PAYMENT Bank Serial #: PER STIPULATION AND ORDER DATED 9/17/20 (DKT. NO. 41) | 1129-000 | 75,000.00 | | 75,376.79 |
| 10/13/20 | 002003 | KURTZMAN CARSON CONSULTANTS LLC | SERVICE OF NOTICES PER COURT ORDER, DKT. NO. 34 | 2990-000 | | 7,297.68 | 68,079.11 |
| 11/02/20 | 002004 | KURTZMAN CARSON CONSULTANTS LLC | INV. #US_KCC1926676:  SERVICE OF NOTICES PER COURT ORDER, DKT. NO. 34 | 2990-000 | | 994.71 | 67,084.40 |
| 02/23/21 | 002005 | MYC & ASSOCIATES, INC. 1110 SOUTH AVENUE, SUITE 22 STATEN ISLAND, NY  10314 | RECORDS DELIVERY CHARGE INVOICE #1811 | 2410-000 | | 410.00 | 66,674.40 |
| 03/02/21 | 002006 | KURTZMAN CARSON CONSULTANTS LLC | INV. # US_KCC1997232;  SERVICE OF NOTICES PER COURT ORDER, DKT. NO. 34 FOR THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021 | 2990-000 | | 2,353.94 | 64,320.46 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 66.90 | 64,253.56 |
| 03/10/21 | 002007 | KURTZMAN CARSON CONSULTANTS LLC | INV. US_KCC1944228; uc_KCC1960854 SERVICE OF NOTICES PER COURT ORDER FOR THE PERIOD OCTOBER 2020 & NOVEMBER 2020 | 2990-000 | | 3,138.84 | 61,114.72 |
| * 03/10/21 | 002008 | KURTZMAN CARSON CONSULTANTS LLC | INV. US_KCC1838459; US_KCC1853922; US_KCC1890895; US_KCC1908697; US_KCC1997083 - SERVICE OF NOTICES PER COURT ORDER FOR THE PERIODS APRIL 2020, MAY 2020, JULY 2020, AUGUST 2020 & JANUARY 2021 | 2990-003 | | 29,444.48 | 31,670.24 |
| * 03/10/21 | 002008 | KURTZMAN CARSON CONSULTANTS LLC | INV. US_KCC1838459; US_KCC1853922; | 2990-003 | | -29,444.48 | 61,114.72 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 71.75 | 61,042.97 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

PFORM24

Ver: 22.07l

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 19-13106 -JLG | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|
| Case Name: | STARWORKS, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0175 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6058 | | |
| For Period Ending: | 06/13/24 | Blanket Bond (per case limit): | $ 52,319,413.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 65.23 | 60,977.74 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 120.22 | 60,857.52 |
| 06/11/21 | | Transfer from Acct #*******0316 | CNA - order entered | 9999-000 | 78,159.93 | | 139,017.45 |
| 06/23/21 | 002009 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CH 7 BLANKET BOND #016030120 6/19/21-6/19/22 | 2300-000 | | 53.44 | 138,964.01 |
| 06/29/21 | 002010 | KURTZMAN CARSON CONSULTANTS LLC | INV. #US_KCC2072738; SERVICE OF NOTICES PER COURT ORDER FOR THE PERIOD MAY 1, 2001 THROUGH MAY 31, 2001 | 2990-000 | | 3,090.50 | 135,873.51 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 148.54 | 135,724.97 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 151.42 | 135,573.55 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 149.69 | 135,423.86 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 144.70 | 135,279.16 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 153.10 | 135,126.06 |
| 11/02/21 | 002011 | KURTZMAN CARSON CONSULTANTS LLC | INV. #US_KCC2146077; SERVICE OF NOTICES PER COURT ORDER FOR THE PERIOD 9/1/21 THRU 9/30/21 | 2990-000 | | 1,870.81 | 133,255.25 |
| 11/30/21 | 002012 | KURTZMAN CARSON CONSULTANTS LLC | INV. #US_KCC2149172; SERVICE OF NOTICES PER COURT ORDER FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021 | 2990-000 | | 5,320.76 | 127,934.49 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 151.46 | 127,783.03 |
| 12/28/21 | | Transfer from Acct #*******0316 | Bank Funds Transfer | 9999-000 | 7,500.00 | | 135,283.03 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 153.35 | 135,129.68 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 149.21 | 134,980.47 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 134.61 | 134,845.86 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 148.88 | 134,696.98 |
| 04/12/22 | 002013 | MYC & ASSOCIATES, INC. | RECORDS DELIVERY INV. #1785, DATED 12/2/19 $494.50; INV. #1944, DATED 4/5/22 $225 | 2410-000 | | 719.50 | 133,977.48 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 143.79 | 133,833.69 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 147.77 | 133,685.92 |
| 07/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 142.84 | 133,543.08 |
| 07/11/22 | 002014 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., SUITE 420 NEW ORLEANS, LA 70139 | CH. 7 BOND # 016030120 6/19/22 TO 6/19/23 | 2300-000 | | 58.32 | 133,484.76 |
| 08/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 147.43 | 133,337.33 |
| 09/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 147.22 | 133,190.11 |
| 10/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 142.31 | 133,047.80 |
| 11/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 146.91 | 132,900.89 |
| 12/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 142.00 | 132,758.89 |
| 01/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 146.58 | 132,612.31 |
| 02/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 146.43 | 132,465.88 |
| 02/02/23 | 15 | CFGI HOLDINGS LLC | SETTLEMENT PAYMENT BY CFGI Bank Serial #: PER ORDER IN ADV. PRO. 21-01189 [JLG] | 1241-000 | 225,000.00 | | 357,465.88 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 19-13106 -JLG | Trustee Name: | Albert Togut, Trustee |
|---|---|---|---|
| Case Name: | STARWORKS, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0175 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6058 | | |
| For Period Ending: | 06/13/24 | Blanket Bond (per case limit): | $ 52,319,413.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/17/23 | 15 | VICE HOLDING INC. | [DKT. NO. 63]<br>SETTLEMENT PAYMENT BY VICE<br>Bank Serial #:<br>PER ORDER IN ADV. PRO. 21-01189 [JLG]<br>[DKT. NO. 63] | 1241-000 | 150,000.00 | | 507,465.88 |
| 03/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 412.58 | 507,053.30 |
| 04/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 559.84 | 506,493.46 |
| 05/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 541.22 | 505,952.24 |
| 06/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 558.63 | 505,393.61 |
| * 06/27/23 | 002015 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | CH 7 BLANKET BOND PAYMENT<br>6/19/23-6/19/24 - BOND #612418768 | 2300-004 | | 245.22 | 505,148.39 |
| 07/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 540.01 | 504,608.38 |
| 08/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 557.45 | 504,050.93 |
| * 08/07/23 | 002015 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Stop Payment Reversal<br>STOP PAYMENT | 2300-004 | | -245.22 | 504,296.15 |
| 08/07/23 | 002016 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | CH 7 BLANKET BOND PAYMENT<br>6/19/23-6/19/24 - BOND #612418768 | 2300-000 | | 245.22 | 504,050.93 |
| 09/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 556.71 | 503,494.22 |
| 10/02/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 537.98 | 502,956.24 |
| 11/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 555.34 | 502,400.90 |
| 12/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 536.81 | 501,864.09 |
| 01/02/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 554.11 | 501,309.98 |
| 01/12/24 | 15 | THE LAW FIRM OF JEAN L. CHOU ON BEHALF OF GRAND AND VARELJAN | SATISFACTION OF JUDGMENT VS<br>Bank Serial #:<br>GRANT & VARELJAN, ADV. PRO. NO. 21-01189 [JLG], ADV. PRO. DKT. NOS. 63-67 | 1241-000 | 469,306.85 | | 970,616.83 |
| 02/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 887.82 | 969,729.01 |
| 03/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 1,001.61 | 968,727.40 |

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-13106 -JLG | | Trustee Name: | Albert Togut, Trustee |
| Case Name: | STARWORKS, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0316  Earnest Funds |
| Taxpayer ID No: | *******6058 | | | |
| For Period Ending: | 06/13/24 | | Blanket Bond (per case limit): | $ 52,319,413.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/13/21 | 13 | CNA INSURANCE | PAYMENT OF NON-BUSINESS EXPENSE INSURANCE CLAIM, DKT. NO. 48 | 1129-000 | 78,159.93 | | 78,159.93 |
| 06/11/21 | | Transfer to Acct #*******0175 | CNA - order entered | 9999-000 | | 78,159.93 | 0.00 |
| 10/18/21 | 15 | THE WALL GROUP L.A., LLC | PREFERENCE SETTLEMENT PAYMENT PER ORDER DKT. NO. 55 | 1241-000 | 7,500.00 | | 7,500.00 |
| 12/28/21 | | Transfer to Acct #*******0175 | Bank Funds Transfer | 9999-000 | | 7,500.00 | 0.00 |

**Total Of All Accounts    968,727.40**

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

PFORM24

Ver: 22.07l

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 13, 2024 |

Case Number: 19-13106  
Debtor Name: STARWORKS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | TOGUT, SEGAL & SEGAL LLP | Administrative | | $416,707.96 | $0.00 | $416,707.96 |
| 001<br>3410-00 | VINAY, AGARWAL, CPA, LLC<br>f.k.a. Plotzker & Agarwal CPAs, LLC<br>1205 Franklin Avenue, Suite 360<br>Garden City, NY 11530 | Administrative | | $242,105.53 | $0.00 | $242,105.53 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $53.62 | $53.62 | $0.00 |
| 000010B<br>040<br>5800-00 | New York State Department of Taxation &<br>Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Priority | (10-1) pre petition proof of claim<br>(10-2) Amended 4/21/23 | $871.60 | $0.00 | $871.60 |
| 000013B<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Priority | 13-3 - As amended | $103,004.68 | $0.00 | $103,004.68 |
| 000044<br>040<br>5800-00 | NYS Department of Labor<br>State Campus<br>Bldg. 12 Room 256<br>Albany, NY 12240 | Priority | (44-2) Account Number (last 4 digits):4491  (44-1) Account Number (last 4 digits):4491 | $565.88 | $0.00 | $565.88 |
| 000001<br>070<br>7100-00 | CONSOLIDATED EDISON<br>COMPANY OF NEW YORK INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE 1875-S<br>NEW YORK, NY 10003 | Unsecured | (1-1) Account Number (last 4 digits):0040 | $191.41 | $0.00 | $191.41 |
| 000002<br>070<br>7100-00 | GREG KRELENSTEIN<br>59 5TH AVENUE, Apt. 3A<br>NEW YORK, NY 10003 | Unsecured | | $25,000.00 | $0.00 | $25,000.00 |
| 000003<br>070<br>7100-00 | INCA International Productions, Inc.<br>c/o Joshua Ruthizer<br>Wolf Popper LLP<br>845 Third Avenue, 12th Floor<br>New York, NY 10022 | Unsecured | | $56,748.73 | $0.00 | $56,748.73 |
| 000004<br>070<br>7100-00 | CIT DIRECT CAPITAL<br>155 COMMERCE WAY<br>ATTN: PRES OR GEN COUNSEL<br>PORTSMOUTH, NH 03801 | Unsecured | (4-1) Account Number (last 4 digits):8432<br>Reclassified Per Order Dkt. No. 80 | $22,897.93 | $0.00 | $22,897.93 |

|  |  | EXHIBIT C |  |  |  |
|---|---|---|---|---|---|
| Page 2 |  | ANALYSIS OF CLAIMS REGISTER |  |  | Date: June 13, 2024 |

Case Number:   19-13106  
Debtor Name:   STARWORKS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000005 070 7100-00 | Vice Holding Inc. 49 South 2nd Street Brooklyn, NY 11249 | Unsecured | (5-1) Filer Comment: Please see attachment. Withdrawn and Expunged Per Order Dkt. No. 63 | $0.00 | $0.00 | $0.00 |
| 000006 070 7100-00 | TriNet HR III Inc PO Box 1644 Tacoma, Washington 98402 | Unsecured | (6-2) Account Number (last 4 digits):9SCH  (6-1) Account Number (last 4 digits):9SCH | $84,278.82 | $0.00 | $84,278.82 |
| 000007 070 7100-00 | Green Line Digital LLC 38 Pine Ave MADISON, NJ 07940 | Unsecured |  | $67,832.10 | $0.00 | $67,832.10 |
| 000008 070 7100-00 | STEPHANIE CHOUDRI 1061 ADAMS AVENUE FRANKLIN SQUARE, NY 11010 | Unsecured | Withdrawm Per Order Dkt. No. 63 | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | FRANCISCO FAGAN 10 STUYVESANT OVAL 6F NEW YORK, NY 10009 | Unsecured |  | $4,194.99 | $0.00 | $4,194.99 |
| 000010A 070 7100-00 | New York State Department of Taxation & Finance Bankruptcy Section P O Box 5300 Albany New York 12205-0300 | Unsecured | (10-1) pre petition proof of claim (10-2) Amended | $727.46 | $0.00 | $727.46 |
| 000011 070 7100-00 | ALEX GOLDSTEIN 178 LUDLOW STREET APT. 2B NEW YORK, NY 10002 | Unsecured | (11-1) Account Number (last 4 digits):6058 Reclassified per Order dated 8/6/23, Dkt. No. 83 | $4,300.00 | $0.00 | $4,300.00 |
| 000012 070 7100-00 | A & P Kash Inc. dba Express Connection 12021 Wilshire Vlvd., #922 Los Angeles, CA 90025 | Unsecured |  | $2,134.47 | $0.00 | $2,134.47 |
| 000013C 070 7100-00 | Department of the Treasury Internal Revenue Service Post Office Box 7317 Philadelphia, PA 19101-7317 | Unsecured | Amended POC 13-3 | $63,482.42 | $0.00 | $63,482.42 |
| 000014 070 7100-00 | NYS Department of Labor State Campus Bldg 12 Rm 256 Albany, NY 12240 | Unsecured | (14-1) Withdrawn per Doc #50 | $0.00 | $0.00 | $0.00 |
| 000015 070 7100-00 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Unsecured |  | $18,225.07 | $0.00 | $18,225.07 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 13, 2024 |
|---|---|---|---|---|---|---|

Case Number:  19-13106  
Debtor Name:  STARWORKS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000016<br>070<br>7100-00 | LMC WORLDWIDE LLC<br>295 MADISON AVENUE 12TH FLOOR<br>ATTN: PRES OR GEN COUNSEL<br>NEW YORK, NY 10017 | Unsecured | | $933.75 | $0.00 | $933.75 |
| 000017<br>070<br>7100-00 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. 9043<br>Andover, MA 01810-1041 | Unsecured | | $97,298.18 | $0.00 | $97,298.18 |
| 000018<br>070<br>7100-00 | MERRILEE HESTERFER DIAZ<br>20 PETTIT STREET<br>BLOOMFIELD, NJ 07003 | Unsecured | | $6,150.00 | $0.00 | $6,150.00 |
| 000019<br>070<br>7100-00 | Zoe Bruns<br>15 W 11th St, 5A<br>New York, NY 10011-1001 | Unsecured | Reclassified Per Order Dkt. No. 82 | $50,000.00 | $0.00 | $50,000.00 |
| 000020<br>070<br>7100-00 | DOMINO NEW YORK LLC<br>ATTN: PRESIDENT OR GEN COUNSEL<br>34 LUDLOW STREET APT. 14<br>NEW YORK, NY 10002 | Unsecured | | $1,727.22 | $0.00 | $1,727.22 |
| 000021<br>070<br>7100-00 | Astrina Inc.<br>55 Union Place Suite 200<br>Summit, NJ 07901-0790 | Unsecured | | $11,200.00 | $0.00 | $11,200.00 |
| 000022<br>070<br>7100-00 | Image Data Systems (UK) Ltd<br>First Floor, Winston House, 349 Regents<br>Park Road<br>London<br>UK<br>N3 1DH | Unsecured | (22-1) Account Number (last 4 digits):TWO2 | $4,819.62 | $0.00 | $4,819.62 |
| 000023<br>070<br>7100-00 | NEXT MANAGEMENT LLC<br>15 WATTS STREET<br>NEW YORK, NEW YORK  10013 | Unsecured | | $9,000.00 | $0.00 | $9,000.00 |
| 000024<br>070<br>7100-00 | NATE BEST STUDIOS<br>418 PROSPECT AVE. APT. 2R<br>BROOKLYN, NY 11215 | Unsecured | Reclassified Per Order Dkt. No. 81 | $2,250.00 | $0.00 | $2,250.00 |
| 000025<br>070<br>7100-00 | DG Premium Brands LLC<br>c/o Itzhak Weinstock<br>1 Harmon Plaza, 5th Floor<br>Secaucus, NJ 07094 | Unsecured | | $660,000.00 | $0.00 | $660,000.00 |
| 000026<br>070<br>7100-00 | TBF Financial, LLC<br>870 Sheridan Rd.<br>Highwood, IL 60040 | Unsecured | (26-1) Account Number (last 4 digits):2553<br>Reclassified Per Order Dkt. No. 79 | $14,111.78 | $0.00 | $14,111.78 |

| Page 4 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: June 13, 2024 |

Case Number: 19-13106
Debtor Name: STARWORKS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000027<br>070<br>7100-00 | FDZ INC. SARL AU CAPITAL DE<br>42 RUE DE MAUBEUGE<br>ATTN: PRES OR GEN COUNSEL<br>PARIS, FR 75009 | Unsecured | | $1,416.10 | $0.00 | $1,416.10 |
| 000028<br>070<br>7100-00 | PG Co & Creative Inc<br>4330 Lennox Dr<br>Miami, FL 33113-6273 | Unsecured | | $12,500.00 | $0.00 | $12,500.00 |
| 000029<br>070<br>7100-00 | Lambda Lambda Sigma, LLC DBA Alchemy<br>Media<br>Carlos Centeno<br>3434 Overland Avenue<br>Los Angeles, CA 90034<br>New York, NY 10018 | Unsecured | | $28,000.00 | $0.00 | $28,000.00 |
| 000030<br>070<br>7100-00 | Union Funding Source, Inc.<br>The Rubin Law Firm, PLLC<br>90 Broad St., Fl. 16<br>New York, NY 10004 | Unsecured | (30-1) Account Number (last 4 digits):3701 | $208,781.00 | $0.00 | $208,781.00 |
| 000031<br>070<br>7100-00 | Project X Media, Inc.<br>c/o Cullen & Dykman LLP<br>44 Wall Street<br>New York, New York 10282<br>Attn: Michelle McMahon, Esq. | Unsecured | (31-2) See attached Statement of Claim(31-1) See Supporting Statement<br>(31-2) Amends to correct address of Creditors | $715,536.00 | $0.00 | $715,536.00 |
| 000032<br>070<br>7100-00 | 5 Crosby Street Inc.,<br> c/o Borah, Goldstein, Altsch<br>377 Broadway, 6th Floor<br>New York, NY 10013<br>Attn:  Jeffrey Chancas, Esq. | Unsecured | (32-1) Pre-pet. Rent and Add'l Rent Per Lease & Statutory Reject. Damages.<br>Amended 2/28/24 | $502,664.00 | $0.00 | $502,664.00 |
| 000033<br>070<br>7100-00 | The Wall Group, LLC<br>9601 Wilshire Blvd.<br>Beverly Hills, CA 90210 | Unsecured | | $9,614.00 | $0.00 | $9,614.00 |
| 000034<br>070<br>7100-00 | THE WALL GROUP LA, LLC<br>38 WEST 21ST STREET, FL 11<br>ATTN: PRES OR GEN COUNSEL<br>NEW YORK, NY 10010 | Unsecured | | $5,578.10 | $0.00 | $5,578.10 |
| 000035<br>070<br>7100-00 | IMG MODELS, LLC<br>PH NORTH, 304 PARK AVE SOUTH<br>ATTN: PRES OR GEN COUNSEL<br>NEW YORK, NY 10010 | Unsecured | | $77,623.80 | $0.00 | $77,623.80 |
| 000036<br>070<br>7100-00 | ART AND COMMERCE<br>531 WEST 25TH STREET 4TH FLOOR<br>ATTN: PRES OR GEN COUNSEL<br>NEW YORK, NY 10001 | Unsecured | | $92,516.00 | $0.00 | $92,516.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 5 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 13, 2024 |

Case Number: 19-13106  
Debtor Name: STARWORKS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000037 070 7100-00 | Colleen Frost as Class Representative<br>Outten & Golden LLP<br>601 S. Figueroa St., Ste. 4050, Attn: Rachel Bien<br>Los Angeles, CA 90071-9007 | Unsecured | $127,500.00 | $0.00 | $127,500.00 |
| 000038 070 7100-00 | Outten & Golden LLP<br>601 S. Figueroa St., Ste. 4050<br>Attn<br>Rachel Bien<br>Los Angeles, CA 90071 | Unsecured | $85,000.00 | $0.00 | $85,000.00 |
| 000039 070 7100-00 | Colleen Frost as Private Attorney General<br>Outten & Golden LLP<br>601 S. Figueroa St., Ste. 4050, Attn: Rachel Bien<br>Los Angeles, CA 90071-9007 | Unsecured<br>PAGA Component of Prepetition Settlement | $2,500.00 | $0.00 | $2,500.00 |
| 000040 070 7100-00 | Colleen Frost individually<br>Outten & Golden LLP<br>601 S. Figueroa St., Ste. 4050, Attn: Rachel Bien<br>Los Angeles, CA 90071-9007 | Unsecured<br>Enhancement Payment Component of Prepetition Settlement | $10,000.00 | $0.00 | $10,000.00 |
| 000041 070 7100-00 | 4525 WILSHIRE LLC<br>3600 BIRCH STREET, #250<br>ATTN: PRES OR GEN COUNSEL<br>NEWPORT BEACH, CA 92660 | Unsecured<br>41-2 Amended | $651,114.57 | $0.00 | $651,114.57 |
| 000042 070 7100-00 | Pure Touch LLC d/b/a Skywater<br>1600 District Ave., Ste. 200<br>Burlington, MA 01803 | Unsecured<br>(42-1) Account Number (last 4 digits):9627 | $2,743.86 | $0.00 | $2,743.86 |
| 000043 070 7100-00 | WME Entertainment<br>9601 Wilshire Blvd.<br>Beverly Hills, CA 90210 | Unsecured | $30,000.00 | $0.00 | $30,000.00 |
| 000013A 050 4300-00 | Department of the Treasury<br>Internal Revenue Service<br>Post Office Box 7317<br>Philadelphia, PA 19101-7317 | Secured<br>Amended 13-3 | $75,000.00 | $0.00 | $75,000.00 |
| | Case Totals: | | $4,608,900.65 | $53.62 | $4,608,847.03 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-13106
Case Name: STARWORKS, LLC
Trustee Name: Albert Togut, Trustee

| | Balance on hand | | | | $ | 968,727.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013A | Department of the Treasury | $ 296,419.38 | $ 75,000.00 | $ 0.00 | $ 75,000.00 |
| | Total to be paid to secured creditors | | | | $ 75,000.00 |
| | Remaining Balance | | | | $ 893,727.40 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Albert Togut, Trustee | $ 53,423.31 | $ 0.00 | $ 53,423.31 |
| Attorney for Trustee Fees: TOGUT, SEGAL & SEGAL LLP | $ 408,503.00 | $ 0.00 | $ 408,503.00 |
| Attorney for Trustee Expenses: TOGUT, SEGAL & SEGAL LLP | $ 8,204.96 | $ 0.00 | $ 8,204.96 |
| Accountant for Trustee Fees: VINAY, AGARWAL, CPA, LLC | $ 240,780.50 | $ 0.00 | $ 240,780.50 |
| Accountant for Trustee Expenses: VINAY, AGARWAL, CPA, LLC | $ 1,325.03 | $ 0.00 | $ 1,325.03 |
| Other: INTERNATIONAL SURETIES LTD. | $ 53.62 | $ 53.62 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 712,236.80 |
| Remaining Balance | | | $ 181,490.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 104,442.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010B | New York State Department of Taxation & | $ 871.60 | $ 0.00 | $ 871.60 |
| 000013B | Department of the Treasury | $ 103,004.68 | $ 0.00 | $ 103,004.68 |
| 000044 | NYS Department of Labor | $ 565.88 | $ 0.00 | $ 565.88 |
| | Total to be paid to priority creditors | | | $ 104,442.16 |
| | Remaining Balance | | | $ 77,048.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,770,591.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CONSOLIDATED EDISON COMPANY OF NEW YORK | $ 191.41 | $ 0.00 | $ 3.91 |
| 000002 | GREG KRELENSTEIN | $ 25,000.00 | $ 0.00 | $ 510.85 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | INCA International Productions, Inc. | $ 56,748.73 | $ 0.00 | $ 1,159.61 |
| 000004 | CIT DIRECT CAPITAL | $ 22,897.93 | $ 0.00 | $ 467.90 |
| 000005 | Vice Holding Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | TriNet HR III Inc | $ 84,278.82 | $ 0.00 | $ 1,722.16 |
| 000007 | Green Line Digital LLC | $ 67,832.10 | $ 0.00 | $ 1,386.08 |
| 000008 | STEPHANIE CHOUDRI | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | FRANCISCO FAGAN | $ 4,194.99 | $ 0.00 | $ 85.72 |
| 000010A | New York State Department of Taxation & | $ 727.46 | $ 0.00 | $ 14.86 |
| 000011 | ALEX GOLDSTEIN | $ 4,300.00 | $ 0.00 | $ 87.87 |
| 000012 | A & P Kash Inc. dba Express Connection | $ 2,134.47 | $ 0.00 | $ 43.62 |
| 000014 | NYS Department of Labor | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | American Express National Bank | $ 18,225.07 | $ 0.00 | $ 372.41 |
| 000016 | LMC WORLDWIDE LLC | $ 933.75 | $ 0.00 | $ 19.08 |
| 000017 | American Express National Bank, AENB | $ 97,298.18 | $ 0.00 | $ 1,988.20 |
| 000018 | MERRILEE HESTERFER DIAZ | $ 6,150.00 | $ 0.00 | $ 125.67 |
| 000019 | Zoe Bruns | $ 50,000.00 | $ 0.00 | $ 1,021.70 |
| 000020 | DOMINO NEW YORK LLC | $ 1,727.22 | $ 0.00 | $ 35.29 |
| 000021 | Astrina Inc. | $ 11,200.00 | $ 0.00 | $ 228.86 |
| 000022 | Image Data Systems (UK) Ltd | $ 4,819.62 | $ 0.00 | $ 98.48 |
| 000023 | NEXT MANAGEMENT LLC | $ 9,000.00 | $ 0.00 | $ 183.91 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | NATE BEST STUDIOS | $ 2,250.00 | $ 0.00 | $ 45.98 |
| 000025 | DG Premium Brands LLC | $ 660,000.00 | $ 0.00 | $ 13,486.47 |
| 000026 | TBF Financial, LLC | $ 14,111.78 | $ 0.00 | $ 288.36 |
| 000027 | FDZ INC. SARL AU CAPITAL DE | $ 1,416.10 | $ 0.00 | $ 28.94 |
| 000028 | PG Co & Creative Inc | $ 12,500.00 | $ 0.00 | $ 255.43 |
| 000029 | Lambda Lambda Sigma, LLC DBA Alchemy | $ 28,000.00 | $ 0.00 | $ 572.15 |
| 000030 | Union Funding Source, Inc. | $ 208,781.00 | $ 0.00 | $ 4,266.24 |
| 000031 | Project X Media, Inc. | $ 715,536.00 | $ 0.00 | $ 14,621.30 |
| 000032 | 5 Crosby Street Inc., | $ 502,664.00 | $ 0.00 | $ 10,271.46 |
| 000033 | The Wall Group, LLC | $ 9,614.00 | $ 0.00 | $ 196.45 |
| 000034 | THE WALL GROUP LA, LLC | $ 5,578.10 | $ 0.00 | $ 113.98 |
| 000035 | IMG MODELS, LLC | $ 77,623.80 | $ 0.00 | $ 1,586.17 |
| 000036 | ART AND COMMERCE | $ 92,516.00 | $ 0.00 | $ 1,890.48 |
| 000037 | Colleen Frost as Class Representative | $ 127,500.00 | $ 0.00 | $ 2,605.34 |
| 000038 | Outten & Golden LLP | $ 85,000.00 | $ 0.00 | $ 1,736.89 |
| 000039 | Colleen Frost as Private Attorney | $ 2,500.00 | $ 0.00 | $ 51.09 |
| 000040 | Colleen Frost individually | $ 10,000.00 | $ 0.00 | $ 204.34 |
| 000041 | 4525 WILSHIRE LLC | $ 651,114.57 | $ 0.00 | $ 13,304.91 |
| 000042 | Pure Touch LLC d/b/a Skywater | $ 2,743.86 | $ 0.00 | $ 56.06 |
| 000043 | WME Entertainment | $ 30,000.00 | $ 0.00 | $ 613.02 |
| 000013C | Department of the Treasury | $ 63,482.42 | $ 0.00 | $ 1,297.20 |

Total to be paid to timely general unsecured creditors    $    77,048.44

    Remaining Balance                                                                $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE