Merrilee Hesterfer
20 Pettit Street
Bloomfield, NJ 07003
973 222 0883
merrileediaz@gmail.com

June 21, 2024

Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Attn: Albert Togut

RE: CASE # 19-13106 Starworks

Dear Albert,

This letter serves to confirm that I object to the proposed fee amount of $125.67 regarding the above referenced case I am confirming that I am looking to be compensated for the allowed amount of the claim which is $6,150. This amount includes out of pocket expenses and I will not negotiate from this amount due.

Please feel free to reach out to me if you have any questions.

Best regards,

*(signature)*

Merrilee Hesterfer