UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 7
                                                            :
STARWORKS, LLC,                                             :    Case No. 19-13106 (JLG)
                                                            :
                                                            :
                                                            :
                    Debtor.                                 :
                                                            :
------------------------------------------------------------X

## ORDER APPROVING TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the estate of Starworks, LLC, having filed his Final Report dated June 13, 2024 (the "Final Report") [Docket No. 87], which included the Trustee's request for commissions in the amount of $53,423.31 [Docket No. 87-1]; and first and final applications for compensation and reimbursement of expenses (the "Applications") having been filed by Togut, Segal & Segal LLP (the "Togut Firm"), as counsel for the Trustee, for a first and final allowance of compensation of $408,503.00 and reimbursement of expenses in the amount of $8,204.96 [Docket Nos. 87-2, 87-3], and Vinay Agarwal, CPA, LLC, accountants for the Trustee ("Agarwal), for a first and final allowance of compensation of $240,780.50 and reimbursement of expenses in the amount of $1,325.03 [Docket No. 87-4]; and the United States Trustee having no objection to the Final Report and the Applications; and notice of the Final Report and Applications having been given to all known creditors and other parties-in-interest [Docket Nos. 88, 89]; and a letter objection to the distribution proposed by the Final Report having been filed on behalf of creditor Merrilee Hesterfer (the "Objection") [Docket No. 90]; and the Court having considered the Final Report, the Applications, and the Objection, and having heard the

Trustee, by the Togut Firm, Agarwal, and the United States Trustee during a hearing conducted on July 24, 2024; and upon all of the prior proceedings had herein; and sufficient cause appearing therefore, and the relief prayed for appearing reasonable and proper; and good and sufficient notice of the Final Report and Applications having been given and no further notice being required, it is

**ORDERED**, that the Trustee's Final Report and the Applications be, and they hereby are, approved and granted, and the fees, expenses and commissions are awarded to the extent set forth in Schedule "A" and "B" annexed hereto; and it is further

**ORDERED**, that the Objection is overruled; and it is further

**ORDERED**, that the Trustee be, and he hereby is, authorized and directed to pay the amounts fixed and awarded hereby from the balance on hand in the Debtor's estate without further Order of the Court; and it is further

**ORDERED**, that the Trustee be, and he hereby is, authorized to abandon and dispose of all books and records of the Debtor in his possession.

DATED:   New York, New York
         August 5, 2024

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

CASE NUMBER: 19-13106 [JLG]  CURRENT INTERIM FEE PERIOD  Schedule A
CASE NAME: Starworks, LLC  (October 1, 2019 through April 1, 2024)

| (1) Applicant | (2) Date/Document No. of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Albert Togut, Chapter 7 Trustee | 6/13/24 [Dkt. No. 87-1] | $53,423.31 | $53,423.31 | $53,423.31 | N/A | $53,423.31 | N/A | N/A |
| Togut, Segal & Segal LLP Attorneys for the Trustee | 6/13/24 [Dkt. No. 87-2; 87-3] | $408,503 | $408,503 | $408,503 | N/A | $408,503 | $8,204.96 | $8,204.96 |
| VINAY AGARWAL, CPA, LLC Accountants for the Trustees | 4/8/24 [Dkt. No. 87-4] | $240,780.50 | $240,780.50 | $240,780.50 | N/A | $240,780.50 | $1,325.03 | $1,325.03 |

DATE ON WHICH ORDER WAS SIGNED: 8/5/2024                                                                              INITIALS: JLG USBJ

Case No.: 19-13106 [JLG]  **FINAL FEE APPLICATION TOTALS**  Schedule B
Case Name: Starworks, LLC  (October 1, 2019 through April 1, 2024)

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees to be Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be Paid |
|---|---|---|---|---|
| Albert Togut, Ch. 7 Trustee<br>One Penn Plaza<br>NY, NY 10119 | $53,423.31 | $53,423.31 | N/A | N/A |
| Togut Segal & Segal LLP<br>Attorneys for the Trustee<br>One Penn Plaza<br>NY, NY 10119 | $408,503 | $408,503 | $8,204.96 | $8,204.96 |
| VINAY AGARWAL, CPA, LLC<br>Accountants for the Trustee<br>1205 Franklin Ave., Ste 36.<br>Garden City, NY 11530 | $240,780.50 | $240,780.50 | $1,325.03 | $1,325.03 |

DATE ON WHICH ORDER WAS SIGNED: 8/5/2024                    INITIALS: JLG USBJ